**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____USA_____ District of __USA_____ ▼

Case number (If known): 25-03002-5-wak    Chapter 15

FILED
JUL 2 1 2025
TIMOTHY McGRATH, CLERK
_____ DEP. CLERK

☑ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

   DARCY
   First name

   _____
   Middle name

   DAVIS
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   DARCY DAVIS , DD AND DARCI DAVIS .

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   XXX – XX – ___ ___ ___ ___    OR    9 XX – XX – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   5 2 – 1 5 2 9 6 9 1
   EIN

   1 6 – 0 9 5 8 1 4 6
   EIN

Official Form 105                    Involuntary Petition Against an Individual                    page 1

Debtor __DARCY DAVIS_____  Case number (if known) __25-03002-5-wak__

| 6. Debtor's address | Principal residence | Mailing address, if different from residence |
|---|---|---|
| | 100 S CLINTON ST<br>Number   Street | 65 SIDNEY ST<br>Number   Street |
| | SYRACUSE   NY   13261<br>City        State   ZIP Code | BUFFALO   NY   14211<br>City      State   ZIP Code |
| | ONONDAGA<br>County | |
| | **Principal place of business** | |
| | 445 BROADWAY<br>Number   Street | |
| | SUITE 509 | |
| | ALBANY   NY   12207<br>City      State   ZIP Code | |
| | ALBANY<br>County | |

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____  Relationship _____
   District _____ Date filed _____ Case number, if known _____
                          MM / DD / YYYY

   Debtor _____  Relationship _____
   District _____ Date filed _____ Case number, if known _____
                          MM / DD / YYYY

Official Form 105     Involuntary Petition Against an Individual     page **2**

Debtor  DARCY DAVIS                                    Case number (if known) 25-03002-5-wak

### Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

Check one:

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☑ Other reason. Explain. (See 28 U.S.C. § 1408.) <u>WHITE COLLAR CRIMES .</u>

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☐ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| ROBERT W JOHNSON | CORPORATE . | $99,999,999.00 |
| WILLIE JOHNSON | CORPORATE . | $99,999,999.00 |
| ROBERT JOHNSON | CORPORATE .. | $99,999,999.00 |
| | Total | $99,999,999.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  DARCY DAVIS                                    Case number (if known) 25-03002-5-wak

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

x _[signature]_
Signature of petitioner or representative, including representative's title

ROBERT W JOHNSON
Printed name of petitioner

Date signed  07/16/2025
              MM / DD / YYYY

Mailing address of petitioner

65 SIDNEY ST
Number  Street

BUFFALO                    NY        14211
City                       State     ZIP Code

If petitioner is an individual and is not represented by an attorney:

Contact phone  _____

Email  _____

Name and mailing address of petitioner's representative, if any

WILLIE
Name

65 SIDNEY ST
Number  Street

BUFFALO                    NY        14211
City                       State     ZIP Code

**Attorneys**

x _[signature]_
Signature of attorney

ROBERT JOHNSON
Printed name

ROBERT JOHNSON ESQ
Firm name, if any

65 SIDNEY ST
Number  Street

BUFFALO                    NY        14211
City                       State     ZIP Code

Date signed  07/16/2025
              MM / DD / YYYY

Contact phone 7167402633    Email atemllc2023@gmail.com

---

Official Form 105              Involuntary Petition Against an Individual              page 4

Debtor  DARCY DAVIS                                    Case number (if known) 25-03002-5-wak

✗ /s/ [signature]
Signature of petitioner or representative, including representative's title

**ATEM FARMS**
Printed name of petitioner

Date signed  07/25/2025
             MM / DD / YYYY

Mailing address of petitioner

65 SIDNEY ST
Number  Street

BUFFALO              NY       14211
City                 State    ZIP Code

Name and mailing address of petitioner's representative, if any

101 HANDS ON
Name

65 SIDNEY ST
Number  Street

BUFFALO              NY       14211
City         State ZIP Code

✗ /s/ [signature]
Signature of petitioner or representative, including representative's title

**101 HANDS ON**
Printed name of petitioner

Date signed  07/16/2025
             MM / DD / YYYY

Mailing address of petitioner

65 SIDNEY ST
Number  Street

BUFFALO              NY       14211
City                 State    ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number  Street

City                 State    ZIP Code

✗ _____
Signature of Attorney

Printed name

Firm name, if any

Number  Street

City                 State    ZIP Code

Date signed  _____
             MM / DD / YYYY

Contact phone _____  Email _____

✗ _____
Signature of Attorney

Printed name

Firm name, if any

Number  Street

City                 State    ZIP Code

Date signed  _____
             MM / DD / YYYY

Contact phone _____  Email _____