# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX, SR. FEDERAL BUILDING AND COURTHOUSE
900 MARKET STREET, STE 400
PHILADELPHIA, PA 19107-4299
(215)408-2800

Timothy B. McGrath
Clerk of Court

Mohung Wong
Chief Deputy Clerk



Divisional Office
Gateway Building
201 Penn St. Ste 103
Reading, PA 19601
(610) 208-5040

July 23, 2025

Mr. Robert W. Johnson
65 Sidney St
Buffalo, NY 14211

In Re: Involuntary Petitions

Dear Mr. Johnson,

We are returning the involuntary Petitions against Victor Sigoura & Darcy Davis that were received in our office on July 17, 2025 & July 21, 2025. These documents do not meet the basic criteria of the Federal Bankruptcy Rules or Local Rules of Court.

We recommend you consult with an attorney to pursue these complicated matters.

Sincerely,

On behalf of Clerk of Court